**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Max. M. Hobson, | No. CV 11-00928-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Safeway Inc., et al., | |
| Defendant. | |

We have before us defendants' motions to dismiss (docs. 57 and 58). Plaintiff did not file a response to either motion. Under LRCiv 7.2(i), if an unrepresented party "does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Plaintiff's failure to respond may be deemed a consent to the granting of the pending motions to dismiss. Any remaining unserved defendants are also dismissed, pursuant to Rule 4(m), Fed. R. Civ. P. and our Order dated November 4, 2011 (doc. 31).

**IT IS THEREFORE ORDERED GRANTING** defendants' motions to dismiss (doc. 57 and 58).

DATED this 17th day of January, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge